Before the First Division, November 17, 1960

No. 64900.—Sprouse-Reitz Co., Inc., and Frank P. Dow Co., Inc., et al. *v.* United States, protests 326144–K, etc. (Portland, Oreg.).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiffs was sustained.